**Dennis L. Smith**
**P.O. Box 311**
**Selbyville, Delaware 19975**

October 15, 2007



Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801 - 3570

Re: **Civil Case No. 07 – 525 – JJF, ---- My (Mr. Dennis L. Smith) " Notice**
**of Motion for Stay Concerning Judge Joseph J. Farnan Jr's**
**September 11, 2007 Memorandum order** ", just filed on October 9,
2007. **--- Therefore, see Correction of page TWO (2) and of page**
**TEN (10) enclosed attached to this letter.**

Dear Incumbent Clerk, Mr. Peter T. Dalleo:

**Oversight Issue - Please Take legal Notice;** please find enclosed, corrected
Page TWO (2) and page TEN (10) of this mentioned above " Notice of Motion for
Stay filed on October 9, 2007.

In this Referenced above " Motion for STAY ", on page **two (2)**, under " TWISTING THE
TRUTH ", in this paragraph, I corrected the following, and I quote, **" Plaintiff and**
P. Meyers **entered** into an **Agreement** on **July 12, 2006**
regarding the **sale** or **real** property,... (D. I. 2, Statement of
Facts # 1, **ex. HH**.) **"** ---- Again, **not true**, but **Obligations** only as stated.
**See attached and corrected page two (2) as indicated in this paragraph.**

In this Referenced above " Motion for STAY ", on page **ten (10)**, in this second
paragraph, I corrected the following, and I quote, **" Also, again " Legal Aid "**
**did NOT get involved in this Mess. "**
**See attached and corrected page ten (10) as indicated in this paragraph.**

Also, on this mentioned above page ten (10), further correction as to alphabets letters
as follows:

Alphabet letter **{D}** is corrected to **{E}**

Alphabet letter **{E}** is corrected to **{F}**

Alphabet letter **{F}** is corrected to **{G}**

Continue on page two (2)

Office of the Clerk, Mr. Peter T. Dalleo
October 15, 2007
Page 2

Respectfully Submitted,

Mr. Dennis L. Smith

**Cc:**        Incumbent Clerk, **Ms. Marcia M. Waldron**  of the Third Judicial circuit of
the  United States.

Ms. Patricia A. Meyers, and her son, Mr. Mack L. Davis Jr., and all of her
sibling(s)

Mr. Steven  S. Krebs and  his Mother Ms. Barbara Krebs

For Verification purpose(s) only;  John Brady

**Enclosed:** Corrected Page **two (2),** of " Notice of  Motion for Stay filed on October 9,
2007.

Corrected Page **ten (10),** of " Notice of  Motion for Stay filed on October 9,
2007.

# In The United States District Court
# For The District of Delaware

Mr. Dennis L. Smith Sr.                     :
                                            :
      Petitioner,        :
                                            :
                                            :   **Re; Equal - Right(s);**
  vs.                              :   **In ref: Vindication of civil Right(s)**
                                            :   **Here – under; 42 U.S.C.A § 1988.**
                                            :   This is **not** a lawsuit. The sole purpose
Ms. Patricia A. Meyers, and her son         :   of this is to simply constitutionally
Mr. Mack L. Davis Jr., and all of her       :   **enforce 42 U.S.C.A. § 1981(b). under**
sibling(s),                                 :   **the Law.**
Mr. Steven S. Krebs, and his mother         :
Ms. Barbara Krebs and any other             :
person(s) who Attempt, to "ILLEGALLY        :
- "OBSTRUCT - Power of Attorney             :
Document Book / No. 00776 page;             :
041 Legal Dated 10-27-03 of the             :
Sussex County Delaware Office of the        :
{Incumbent} recorder of Deed(s) }           :
                                            :
      Respondent(s).     :

## AFFIDAVIT OF DENNIS L. SMITH

STATES  OF  DELAWARE        :
                            : SS.
NEW  CASTLE  COUNTY         :

    The, preceding - indelible truthful – statement(s) in the **Letter of page 2**

**and 10, <u>correction</u> dated October 15, 2007,** are true to the best of my

knowledge and belief(s); of; Dennis L. Smith and are in full vehement

compliance / Compliance(s) Here-with / Here – under; **28 U.S.C.A. § 1746**, and

**18 U.S.C.A. § 1621.**

_____              _October 15, 2007_
Dennis L. Smith                      Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the the **Letter of page 2 and 10, <u>correction</u> dated October 15, 2007,** have been certified mailed or hand delivered on this ___<u>/5</u>___ day of October 2007, to Respondent(s) at the following addresses:

Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801 – 3570
**Certified Mail No. 7007 0710 0000 2888 9108**

Ms. Patricia A. Meyers, and her Son,
Mr. Mack L. Davis Jr., and
all of her sibling(s)
RR 4 Box 103A
Frankford, Delaware 19945
**Certified Mail No. 7007 0710 0000 2888 9122**

Mr. Steven S. Krebs and
his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Delaware 19975
**Certified Mail No. 7007 0710 0000 2888 9115**

For Verification purpose(s) only;
John Brady
Recorder of Deeds
2   The Circle
P. O. Box 827
Georgetown, Delaware 19947
**Certified Mail No. 7007 0710 0000 2888 9092**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

Dennis L. Smith

This Motion for, "Stay" shall be **constitutionally** "GRANTED" for the following reasons:

**{A}. Fraud on Court;**
These totally unconstitutional, due process − less, again and again devious continuing, still − continuing , - Illicit race baited − bait, proscribed − instance(s); of prohibited unlawful " **Racial − Injustice** ", done **by de facto Judge Joseph J Farnan Jr.,** must end, under the  Law and as a matter of Law. Also, these  total − **Race baited game(s)** will certainly provide for any, if necessary Victorious Appeal(s), concerning  de  facto  Judge Farnan Jr's despotic − malfeasance tortuous wrongful act(s) **ABUSE** of his **HIGH  AUTHORITY**, could provide for future  **42 U.S.C.A § 1988**. **Justice must not be Obstructed, by ANYONE** and/or **ANY PERSON, as matter of Law**.

**{B}.** In the lawful interest of "Justice,."

#### ---- TWISTING THE TRUTH ----
**{C}.** Gravamen Two (2), this total nonsense of this notorious − obloquy Federally owned and operated Court of  Law Re; **TWISTING  THE  TRUTH**. Therefore, Judge  Joseph  J. Farnan Jr., intentionally, unequivocally, **clearly LIED** about my ( Mr. Dennis L. Smith) **mutual July 12, 2006, agreement** in his MEMORANDUM ORDER dated  September 11,  2007, when he stated under " **III background** " on page three # 3, second paragraph, and I quote, " Plaintiff and  P. Meyers **entered** into an agreement on July 12, 2006 regarding  the  **SALE** of  **REAL** property,... ( D. I. 2, Statement of Facts # 1, **ex. HH**.) " This **Slanderous  LIE** can not be found in this mutual July 12, 2006 agreement. There are **more twisted issues** in this MEMORANDUM ORDER, therefore this **Slanderous  LIE** is **unjust, unfair** and a **shame** in this **High Court**. Attached is page # 3 as ----------------------------------- *Exhibit A*
VS.
**Now,** see **mutual July 12, 2006 agreement**, attached  as --------- *Exhibit B*

**The Truth** - My ( Mr. Dennis L. Smith) **mutual July 12, 2006**, **agreement** is

to  **COMPLETE**  my **Agreed Obligations to** and **for** Ms. Patricia A. Meyers

**only,** as  **FOLLOWS:**

Again, Ms. Patricia A. Meyers illegally violated Federal Code  **42 U.S.C.A §**

**1981(b)**. by  **REVOKING** my (Mr. Dennis L. Smith) mutual  Power  of  Attorney

dated  October 27, 2003, recorded in Book 00776  page 041, which  is **a part of**

2

A **audiocassette tape** recording as **evidence** dated **August 15, 2007**, to confirm Mr. Steven S. Krebs' Slanderous – False Outburst. This copy is for the court and Mr. Steven S. Krebs **only** in this case. Attached as ------------------------ **_Exhibit F_**

Mr. Steven S. Krebs' **" Slanderous – False Outburst "** as just mentioned above, is foolishness and hatefulness. Also, again **" Legal Aid " did NOT get involved in this Mess**. Furthermore, Mr. Krebs need not, to forget that he is a convicted Sex Offender in the State of Maryland and who spent time in prison for that crime. Therefore, Mr. Krebs should not be making " Slanderous Statements about me (Mr. Dennis L. Smith ).

Mr. Steven S. Krebs' mother had me (Mr. Dennis L. Smtih) falsely arrested by a **Frame – up** fact. **This false arrest was Nolle prosequi**.

Mr. Steven S. Krebs also, had me (Mr. Dennis L. Smith) falsely arrested for video taping him while violating his work release from the State of Maryland's prison. **This false arrest was also Nolle prosequi**.

The question is, what did Ms. Patricia A. Meyers get and/or was promised to receive, by illegally revoking my (Mr. Dennis L. Smith) Power of Attorney on her own, which will cover – up and/or help cover- up " CRIMINAL CONSPIRACY " **?**

**{E}.** In light of multiple - wrongful questionable violation(s), of Title **28 U.S.C.A. §**

**144**. as a Matter of Court - Record. Of the Heretofore Despotic, bench of JJF,.

To, finally at least purport superficially, to finally be fair, to a "African –

American" – Native / litigant, constituent of the 01st state,.

**{F}.** As, in the very Relevant / pertinent Adverse but truthful fact(s), of unquestioned

{Prohibited - bias}, exact - evidenced, proof(s) as in the July 19, 2007 motion

legally forwarded to this court document on listed as **Exhibits "A", B, and D,**

de facto / Honorable Joseph J. Farnan Jr., does not want his person implicated,.

Too late,.

**{G}.** To show constitutional uniformity in this de facto / notorious federally owned &

10

**ReadyPost**

mailer

From: Dennis Smith
P.O. Box 311
Selbyville, Del.
19975

CERTIFIED MAIL

7007 0710 0000 2888 9108



To: Mr. Peter T. Dalleo
office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570



U.S. POSTAGE
SELBYVILLE, DE
19975
OCT 10, '07
AMOUNT
$6.61
00055146-01