OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 11, 2008

Clerk, U.S. Court of Appeals
Room 21400 U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106

Re:   *Delaware*  Case No. CA 07-525 JJF
      USCA No.: 07-3999
      Smith v. Meyers, et al

Dear Clerk:

Enclosed please find a copy of Appellant's "Interlocutory Appeal Status (VIA) 28 U.S.C.A. sec. 2106 Emergency Motion to Modify" which was erroneously filed with the District Court on January 11, 2008.

Sincerely,

Peter T. Dalleo, Clerk


By:_____/s_____
      Bob Cruikshank
      Deputy Clerk


PTD:rc
encl.


cc:   The Honorable Joesph J. Farnan, Jr.
      Dennis L. Smith

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 11, 2008

Clerk, U.S. Court of Appeals
Room 21400 U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106

Re:   *Delaware*  Case No. CA 07-525 JJF
      USCA No.: 07-3999
      Smith v. Meyers, et al

Dear Clerk:

Enclosed please find a copy of Appellant's "Interlocutory Appeal Status (VIA) 28 U.S.C.A. sec. 2106 Emergency Motion to Modify" which was erroneously filed with the District Court on January 11, 2008.

Sincerely,

Peter T. Dalleo, Clerk


By:_____/s_____
    Bob Cruikshank
    Deputy Clerk


PTD:rc
encl.


cc:   The Honorable Joesph J. Farnan, Jr.
      Dennis L. Smith