Dennis L. Smith<br>
P.O. Box 311<br>
Selbyville, Delaware 19975

January 10, 2008



07-525 JJF

Office of the Clerk
**Ms. Marcia M. Waldron**
United States Court of Appeals
for the Third Circuit
21400 United States Court House
601 Market Street
Philadelphia, PA 19106 – 1790
**Certified -7007 0710 0000 2888 9368**

FILED
JAN 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re: Mr. Dennis L. Smith vs. Ms. Patricia A. Meyers **Civil Case No.: 07 – 3999**. This letter is concerning Mr. Smith's " **Interlocutory Appeal Status (via) 28 U.S.C.A. § 2106 Emergency Motion to Modify."**

Dear Clerk Ms. Waldron.:

I, Mr. Dennis L. Smith Pro se am forwarding an Emergency Motion to change this Appeal to; Constitutional Interlocutory Status under the law see; **28 U.S.C.A. § 1292(a)(1).** I am directly (via) an Interlocutory fashion, fundamentally Appealing (via) as I reiterate, an Interlocutory fashion, the inferior defacto very Questionable; " Memorandum Order " dated **September 11, 2007**, from the U.S Dist. Of Del., Court's incumbent defacto Justice, Judge Joseph J. Farnan Jr., concerning U.S. Dist.of Del., civil Action No. 07 – 525.

I have an Equal inalienable constitutional equally – protected privilege to have had **42 U.S.C.A § 1981(b).**, Federally enforced as the listed exact evidence of the legal definition of same **42 U.S.C.A § 1981(b).**, so emphasize(s) / and clearly vehemently as legally written Stipulate(s). -----------------------------------------------------------------Please see attached **Exhibit A**.

**Therefore**, I truly feel, as though I have been **wrongfully invidiously discriminated** against due to, I had heretofore properly filed in the U.S. Dist of Del., Court in which / which is the legal proper situs for instance legal action see; Max Ams, Inc. vs. Barker, 293 Ky. 698, 170 S.W.2d 45, 48.

Respectfully Submitted,<br>
<br>
Mr. Dennis L. Smith

# In And For
# The 03rd Judicial Circuit
# Of
# These United States

| | |
|---|---|
| Mr. Dennis L. Smith Sr. | : |
|           Interlocutory - Appellant, | :   C.A. No. 07 - 3999 |
| | : |
| vs. | :   Re; Equal - Right(s); |
| | :   In ref: Vindication of civil **Right(s)** |
| | :   Here – under; 42 U.S.C.A § **1988.** |
| Ms. Patricia A. Meyers, and her son | :   This is **not** a lawsuit. The sole purpose |
| Mr. Mack L. Davis Jr., and all of her | :   of this is to simply constitutionally |
| sibling(s), | :   enforce 42 U.S.C.A. § 1981(b). under |
| Mr. Steven S. Krebs, and his mother | :   the Law. |
| Ms. Barbara Krebs and any other | : |
| person(s) who Attempt, to "**ILLEGALLY** | : |
| - "**OBSTRUCT** - Power of Attorney | : |
| **Document Book / No. 00776 page;** | : |
| **041 Legal Dated 10-27-03** of the | : |
| Sussex County Delaware Office of the | : |
| {Incumbent} recorder of Deed(s) } | : |
| | : |
|           Interlocutory - Appellee(s). | : |

**AFFIDAVIT OF DENNIS L. SMITH**

| | |
|---|---|
| STATES OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

The, preceding - indelible truthful – statement(s) in my **Letter dated January 10, 2008** are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here- with / Here – under; **28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.**

_____        _1/10/2008_
Dennis L. Smith                                        Date

I hereby certify that the original and three copies of my **Letter dated January 10, 2008** have been certified mailed or hand delivered on this ___/0___ day of January 2008, to the United States Court of Appeals, Thrid Circuit defendants' and the following addresses:

The Third Judicial – Circuit of Federal – Appeal(s)
Ms. Marcia M. Waldron
21400 United States "Court – House"
601 Market Street
Philadelphia, PA 19106 – 1790
**Certified Mail No. 7099 3400 0006 3815 9507**

Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Deaware 19801 - 3570
**Certified Mail No. 7099 3400 0006 3815 9477**

Ms. Patricia A. Meyers, and her Son,
Mr. Mack L. Davis Jr., and
all of her sibling(s)
RR 4 Box 103A
Frankford, Delaware 19945
**Certified Mail No. 7099 3400 0006 3815 9446**

Mr. Steven S. Krebs and
his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Delaware 19975
**Certified Mail No. 7099 3400 0006 3815 9415**

For Verification purpose(s) only;
John Brady
Recorder of Deeds
2 The Circle
P. O. Box 827
Georgetown, Delaware 19947
**Certified Mail No. 7099 3400 0006 3815 9385**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

*Dennis L. Smith* (signature)

Dennis L. Smith

*Exhibit A*

— 42 U.S.C.A § 1981(a)(b) —

TITLE 42—THE PUBLIC HEALTH AND WELFARE

CHAPTER REFERRED TO IN OTHER SECTIONS

This chapter is referred to in section 11111 of this title.

SUBCHAPTER I—GENERALLY

### § 1981. Equal rights under the law

### (a) Statement of equal rights

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

### (b) "Make and enforce contracts" defined

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.