IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS LEE SMITH, | : |
|     Plaintiff, | : |
| v. | : Civ. Action No. 07-525-JJF |
| PATRICIA A. MEYERS, MACK L. DAVIS, JR., STEVEN S. KREBS, and BARBARA KREBS, | : |
|     Defendants. | : |

**SHOW CAUSE ORDER**

At Wilmington this 22 day of January, 2008, the Complaint in the above-captioned case having been filed on August 30, 2007

IT IS ORDERED that, on or before **February 15, 2008**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m).

                                                    /s/ Joseph J. Farnan
                                          UNITED STATES DISTRICT JUDGE