

Dennis L. Smith
P.O. Box 311
Selbyville, Delaware 19975

February 19, 2008

**Staff of Chief Judge Gregory M. Sleet and**
Staff of Judge Joseph J. Farnan Jr., --- **28 U.S.C.A § 144.**      " **Equal Justice** "
**§ 1331 § 1343** Viably – Pending,.                                 " **Under the Law(s)** "
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801 - 3570

Re:   The **CLARIFICATION**, of my Legal Document / " **Notice of Motion**
Requesting that Judge Joseph J. Farnan Jr to not <u>Proceed ANY Further</u>
/ **28 U.S.C.A § 144.**, in this case and a response to this court's January 22, 2008
Order to <u>Show Cause</u>. This Civil Case No. O7 – 525 is part of my
**Interlocutory Appeal civil case No. 07 – 3999.**" Which, I filed on: 2 / 15 / 2008,
In re Smith vs. Meyers, initial and incumbent reason(s) of this case was for:
Inalienable Fully constitutional vehement over-due Federalized **Injunctive Relief**;
as **initially Requested as a matter of Law**, is viably – Vehemently pending, under
the Law.

Dear **Staff of Chief Judge Sleet** and Staff of Judge Farnan Jr., **28 U.S.C.A § 144** .:

Please see **page No. 7**, from referenced legal Motion as mentioned above, second notice filed on
2 / 15 / 2008.

**Please Rectify as follow(s):**
First of all, I by " no " fault nor culpability of my own involuntarily got caught – up , in the
multiple frivolous – deceitful mentioning(s) of " Fed. R. Civ. P. **4(m)**.", by way of your(s) truly
Judge Joseph J. Farnan Jr. and all involved / **42 U.S.C.A § 1985(3)**, **not acting** on my
INITIAL   EX PARTE   MOTION dated August 30, 2007, under Fed. R. Civ. P. **4.1(a)**.

According to the <u>exact definition</u> thereof of this Rule 4(m) of the Honorable Federal Rule(s) of
civil procedure; as is;  time limit for service of **SUMMON(S) and COMPLAINT** has to be
made upon the **defendant(s) within 120 – days**, Per se. Therefore, update; **I do not fit this
criteria**, please check the RECORD, concerning this referenced above civil case, initial
**EX PARTE** MOTION / Legal – Action " filed on August 30, 2007, and see the first page on
its face, as pointed out in my Statement of Facts **as** listed below:

STATEMENT OF FACTS

{a}.  The " **PETITIONER.** " Attached and-- **highlighted in yellow**--------------------Exhibit A

{b}.  My **adversarie(s)**, are / were heretofore labeled as **INITIALLY** docketed as;
      " **RESPONDENT(S).** " Attached and-- **highlighted in yellow**--------------------Exhibit A

Continue on page 2

**Staff of Chief Judge Sleet and**
Staff of Judge Farnan Jr., --- **28 U.S.C.A § 144.**
**§ 1331 § 1343** Viably – Pending,.
February 19, 2008
Page 2

{c}. This INITIAL " Legal – Action " filed on August 30, 2007, **first page** is, clearly on its **FACE**; marked **"NOT A LAWSUIT"** / **COMPLAINT Per se**. Please see **this first page** of Petitioner's Legal – Action, Attached and-- **highlighted in yellow-----Exhibit A**

{d}. Please be legally aware, this Viable Legal – Action filed on August 30, 2007, was <u>for</u> **Federal "... Injunctive Relief** Notice of Motion **EX PARTE Temporary Restraining Order "** but, the U.S. District Court ( Wilmington Delaware ) **failed to** RECORD my Legal – Action **as INJUNCTIVE RELIEF** and **EX PARTE** thereon, their **DOCKET** #:1:07 –cv–00525 - JJF **D. I. # 1 and # 2. INJUNCTIVE RELIEF** and **EX PARTE are also key issues**. To this day I am still awaiting to see my constitutional Inalienable due process oriented total fairness, on the Ruling for my very NECESSARY constitutional preventive Injunctive Motion(s). Please see **this first page** of Petitioner's Legal – Action, as mentioned in this paragraph. Attached and-- **highlighted in yellow-------------Exhibit A**

{e}. In my above <u>REFERNCED</u> **Motion filed on 2 / 15 / 2008,** I only used Fed. R. Civ. P. **4(m), as** mentioned on **page # 7,** due to the bottom – line, <u>to make clear</u> of my unequivocal / indubitable full compliance(s) of Notice to " **RESPONDENT(S).** " Therefore, clearly without a doubt within the 120 – days which **started <u>after</u>** Judge Joseph J. Farnan Jr's **Memorandum Order** dated September 11, 2007, I <u>then</u> started using Fed. R. Civ. P. **4(m),** for the reasons just mentioned, but the fact is, this Fed. R. Civ. P. **4(m), DOES NOT EVEN APPLY** to my INITIAL **EX PARTE** MOTION " Legal –Action" filed on August 30, 2007, under Fed. R. Civ. P. **4.1(a),** which was <u>before</u> this Judge's **Memorandum Order.**

<u>AFTER</u> Judge Joseph J. Farnan Jr's Memorandum Order dated September 11, 2007, therefore approximately Four (4) months plus later, <u>then</u> PROCEDURE ATTACKS ISSUES BELOW and ABOVE CONCERNING Fed. R. Civ. P. 4(m),

Under 42 U.S.C.A. § 1981(a)., therefore, I Paid for Federal service, which I did not **received from** the Selbyville, Delaware's U.S. Federal Post Office. This Post Office violated my constitutional right(s) by **repeatedly** allowing **RESPONDENT(S)** to write threatening notes and/or note(s) and/or name(s) not properly signed and printed and/or not signed and printed thereon my Certified **Return** Receipt Forms 3811, **these wrongful acts** are not in accordance with **clearly written instruction** thereon these 3811 Receipts. See exact **evidence** below:

1. **Actionable Negligence --- Partaker;** Respondent / Mr. Steven S. Krebs clearly violated written instruction as indicated on its face of my Certified **Return** Receipt Form 3811 No. 7099 3400 0006 3815 **9415,** by not printing his name and stating and I quote, " **Please Leave me Alone / or I will sue.**" ( *This quote is total nonsense.*) Form No. 3811 attached as ------------------------------------------------**Exhibit B – No. 1**

Continue on page 3

**Staff of Chief Judge Sleet and**
Staff of Judge Farnan Jr., --- **28 U.S.C.A § 144.**
**§ 1331 § 1343** Viably – Pending,.
February 19, 2008
Page 3

2. **Actionable Negligence --- Partaker;** Respondent / Mr. Steven S. Krebs clearly violated written instruction as indicated on its face of my Certified **Return** Receipt Form 3811 No. 7099 3400 0006 3815 **8906**, by **not printing his name** and stating and I quote, " **Please leave me alone.**"
Form No. 3811 attached as --------------------------------------------------Exhibit B – No. 2

3. **Actionable Negligence --- Partaker;** Respondent / Mr. Steven S. Krebs clearly violated written instruction as indicated on its face of my Certified **Return** Receipt Form 3811 No. 7007 0220 0001 0621 **8242**, by stating and I quote, " **The next one you send to us ! will be Refused.**" *****
Form No. 3811 attached as --------------------------------------------------Exhibit B – No. 3

4. **Actionable Negligence --- Partaker;** Respondent / Ms. Patricia A. Meyers clearly violated written instruction as indicated on its face of my Certified **Return** Receipt Form 3811 No. 7007 0220 0001 0621 **8082**, by the Selbyville, Delaware's U.S. Federal Post Office confirming that she received this Mail, **but did not sign and print her name on Form 3811 as required**, this **incorrect** act is not my Negligence concerning **Fed. R. Civ. P. 4(m)**, issue. ****
Form No. 3811 attached as --------------------------------------------------Exhibit B – No. 4

Again, for the record, **AFTER** Judge Joseph J. Farnan Jr's Memorandum Order dated September 11, 2007, I then started given Notice to Respondent(s) and continue to date, as the Federal District Court's recorded records will show concerning civil case No. 07 – 525 – JJF and the Federal Appeals Court's recorded records will show concerning civil case No. 07 – 3999.

**Also, for the record**, Selbyville, Delaware's U.S. Federal Post Office, confirmed that a **Ms. Michelle Asham** from the Millsboro, Delaware's U.S. Federal Post Office wrongfully allowed **Ms. Patricia A. Meyers** to receive my Certified Mail No. 7007 0220 0001 0621 **8082**, without signing and printing her name from the Frankford, Delaware's U.S. Federal Post Office, see **Exhibit B – No. 4** as just mentioned above. **Furthermore, Ms. Michelle Asham** in a phone conversation on or about February 22, 2008, confirmed that she is by her husband, **related** to **Mr. Dean Asham**, who is a Delaware State Police.

For one issue at this time, **Mr. Dean Asham** as just mentioned above, **in the past** falsely arrested me concerning a public video tape issue based on **allegations** from **Respondent / Mr. Steven S. Krebs** involving **Respondent / Ms. Patricia A. Meyers'** 2.5 acres parcel of real estate property, which I have a mutual July 12, 2006 agreement. This false arrest was **Nolle prosequi** by the **State of Delaware**, in the past.

I hope that, all who are involved in wrongdoings as mentioned in this letter, be founded based on " **COINCIDENT** " and not the " Buddy System " / Conspiracy / Misprision of Felony and/or Obstructing Justice.

Continue on page 4

**Staff of Chief Judge Sleet <u>and</u>**
Staff of Judge Farnan Jr., --- **28 U.S.C.A § 144.
§ 1331 § 1343** Viably – Pending,.
February 19, 2008
Page 4

Respectfully Submitted,

*[signature]*

Mr. Dennis L. Smith

Cc:  See Attached **" Certificate of Service "**

## In The United States District Court
## For The District of Delaware

| | |
|---|---|
| Mr. Dennis L. Smith Sr. | : |
| | : C.A. No. 07 - 525 |
| Petitioner, | : |
| | : |
| | : **Re; Equal - Right(s);** |
| vs. | : In ref: Vindication of civil Right(s) |
| | : **Here – under; 42 U.S.C.A § 1988.** |
| | : This is **not** a lawsuit. The sole purpose |
| Ms. Patricia A. Meyers, and her son | : of this is to simply constitutionally |
| Mr. Mack L. Davis Jr., and all of her | : **enforce 42 U.S.C.A. § 1981(b). under** |
| sibling(s), | : **the Law.** |
| Mr. Steven S. Krebs, and his mother | : |
| Ms. Barbara Krebs and any other | : |
| person(s) who Attempt, to "ILLEGALLY | : |
| - "OBSTRUCT - Power of Attorney | : |
| Document Book / No. 00776 page; | : |
| **041 Legal Dated 10-27-03** of the | : |
| Sussex County Delaware Office of the | : |
| {Incumbent} recorder of Deed(s) } | : |
| | : |
| Respondent(s). | : |

### AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE   :
                     : SS.
NEW CASTLE COUNTY    :

The, preceding - indelible truthful – statement(s) in my " **CLARIFICATION** "

**letter dated February 19, 2008** are true to the best of my knowledge and belief(s); of;

Dennis L. Smith and are in full vehement compliance / Compliance(s) Here- with / Here

– under; **28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.**

_____     2/25/2008
Dennis L. Smith                     Date

## CERTIFICATE OF SERVICE

      I hereby certify that two true copies of my " CLARIFICATION " letters dated **February 19, 2008** have been certified mailed or hand delivered on this ___25___ day of February 2008, to the Court and Respondent(s) at the following addresses:

**Staff of Chief Judge Gregory M. Sleet and**
Staff of Judge Joseph J. Farnan Jr., --- 28 U.S.C.A § 144.
§ 1331  § 1343 Viably – Pending,.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801 – 3570
**Certified Mail No. 7007 0220 0001 0621 8099**

Ms. Patricia A. Meyers, and her Son,
Mr. Mack L. Davis Jr., and
all of her sibling(s)
RR 4 Box 103A
Frankford, Delaware 19945
**Certified Mail No. 7007 0220 0001 0621 8112**

Mr. Steven S. Krebs and
his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Delaware 19975
**Certified Mail No. 7007 0220 0001 0621 8105**

For Verification purpose(s) only;
John Brady
Recorder of Deeds
2  The Circle
P. O. Box 827
Georgetown, Delaware 19947
**Certified Mail No. 7007 0220 0001 0621 8129**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

                                                _____
                                                         Dennis L. Smith

Exhibit A

# In The United States District Court
# For The District of Delaware

| | |
|---|---|
| Mr. Dennis L. Smith Sr. | C.A. No. 0 7 - 5 2 5 |
| Petitioner, | |
| vs. | Re; Equal - Right(s); |
| | In ref: Vindication of civil Right(s) |
| | Here – under; 42 U.S.C.A § 1988. |
| | This is **not** a lawsuit. The sole purose |
| Ms. Patricia A. Meyers, and her son | of this is to simply constitutionally |
| Mr. Mack L. Davis Jr., and all of her | enforce 42 U.S.C.A. § 1981(b). under |
| sibling(s), | the Law. |
| Mr. Steven S. Krebs, and his mother | |
| Ms. Barbara Krebs and any other | |
| person(s) who Attempt, to "ILLEGALLY | |
| - "OBSTRUCT - Power of Attorney | |
| Document Book / No. 00776 page; | |
| 041 Legal Dated 10-27-03 of the | |
| Sussex County Delaware Office of the | |
| {Incumbent} recorder of Deed(s) } | |
| Respondent(s). | |

## In Re; Violation(s) of 42 U.S.C.A § 1981(a)(b).
**Notice of amicable Request for instantaneous Injunctive Relief**
**Notice of Motion Ex parte**
## EMERGENCY
## Temporary Restraining "Order"

To prevent further Irreparable Hedonic damage(s) to Mr. Dennis L Smith **and** his **mutual July 12, 2006 Recorded Agreement Book 00913 Page 046 and** his **mutual October 27, 2003 Power of Attorney Recorded Agreement Book 00776 Page 041,** both of these documents are recorded in the Sussex County Recorder of Deeds. I, Mr. Dennis L. Smith

1

Exhibit B
↓
B - No. 1
B - No. 2
B - No. 3
B - No. 4

# Exhibit B

## Exhibit B - No. 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Steven S. Krebs and his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Del. 19975

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]
B. Received by (Printed Name): [signature]
C. Date of Delivery: 1-14-08
D. Is delivery address different from item 1? — Please leave me alone, I will sue.

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0006 3815 9415

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Exhibit B - No. 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Steven S. Krebs and his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Del. 19975

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]
B. Received by (Printed Name): [signature] — Please leave me alone
C. Date of Delivery: 1-14-08

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0006 3815 8906

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-

---

## Exhibit B - No. 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Steven S. Krebs and his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Del. 19975

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Steven Krebs
B. Date of Delivery: 2-19-08 MW — The next one I will be refused see
C. Signature ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

2. Article Number (Copy from service label): 7007 0220 0001 0621 8242

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

## Exhibit B - No. 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ms. Patricia A. Meyers, and her Son Mr. Mack L. Davis Jr and all of her sibling(s)
RR 4 Box 103A
Frankford, Del. 19945

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X
D. Is delivery address different from item 1?

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

2. Article Number (Copy from service label): 7007 0220 0001 0621 8082

PS Form 3811, July 1999   Domestic Return Receipt






Dennis Smith
P.O. Box 311
Selbyville, Del. 19975

7007 0220 0001 0621 8099

U.S. POSTAGE PAID
SELBYVILLE, DE
19975
FEB 25, '08
AMOUNT $6.28

First Class Mail

Suit of Chief Judge Gregory M. Sleet and
Suit of Judge Joseph J. Farnan Jr., --- 28 U.S.C.A § 144.
§ 1331 & 1343 Ripley -- Pending

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570