

**FILED**
JUN 1 6 2008
*U.S. DISTRICT COURT*
*DISTRICT OF DELAWARE*

**Dennis L. Smith**
**P.O. Box 311**
**Selbyville, Delaware 19975**

June 10, 2008

*FILE COPY*

Office of the Clerk
**Ms. Marcia M. Waldron**
**\*\* Ms. Chiquita Dyer**
United States Court of Appeals
for the Third Circuit
21400 United States Court House
601 Market Street
Philadelphia, PA 19106 – 1790
**Express Mail No. EQ 800925935 US**

Civil case No. **07 - 3999**

Re:  Mr. Dennis L. Smith  vs. Ms. Patricia A. Meyers **Civil Case** No.: 07 – 3999.
This letter is concerning **another one of** Mr. Smith's **" Notice of Substantive
Motion for Stay " COPIES ENCLOSED as EVIDENCE** , because the U.S.
District Court's Judge Joseph J. Farnan Jr., continue with his civil case No.
07 – 525 – JJF, **WITHOUT JURISDICTION** after the fact, I ( Petitioner ) **PAID**
and **Appeal** this case to the United States Court of Appeals **03**^rd Judicial Circuit.
( We **must** not forget **42 U.S.C.A § 1981(a)**. ) --------- my **April 4, 2008 letter**.

Dear  Clerk  Ms. Waldron and Ms. Dyer.:

This **" Notice of Substantive Motion for Stay "** was filed with the U.S. District Court on June
11, 2008 to stop Judge Joseph J. Farnan Jr's **illegal Ruling.** *dated May 14, 2008 (DI. 22)*

**Therefore, I am sending a enclosed copy of this same " Notice of Substantive Motion for
Stay " as EVIDENCE and for the** Court of Appeals' **record.** ( Copies of this letter to
the U.S. District Court will be **STAMPED** copy, for their record. )

Also, I have **ENCLOSED**, a copy of my **April 4, 2008** letter with **Certified No. 7007 0220 0001
0621 8181**, as an **Exhibit** and as agreed with Ms. Chiquita Dyer and Ms. Dodszuweit of this
United States Court of Appeals concerning Civil case No. **07 – 3999**. The Original and Three
copies are lost by this Court, **why ? Also,** when you find the Original and its Three copies please
write me, as to what happen.

See my **Certified Return Receipt No. 7007 0220 0001 0621 8181**, attached as ------ **Exhibit AA**
See my  attached **April 4, 2008**, letter **No. 7007 0220 0001 0621 8181**, ----------------- **Exhibit BB**

For the record, I no long request and/or want my **" Appeal "** change to an " Interlocutory Appeal "
as indicated on Court of Appeals' docket **07 – 3999**, concerning the date "**01/11/2008**." *Also,*
*I will keep my October 9 2007 Paid Appeal — DLS*
Again, this is **UNBELIEVABLE** , that the **Original and Three copies** of my **April 4, 2008** letter
are **lost in this High Court of the United States** but again, I have enclosed a copy of the same
April 4, 2008 letter  to this Court, and on the **face** of this letters it states as follows below:

Continue on page # 2

**Ms. Marcia M. Waldron**
**\*\* Ms. Chiquita Dyer**
June 10, 2008
Page # 2

First of all, this **April 4, 2008** letter clearly **REFERENCE** the fact that, "… Judge Joseph J. Farnan Jr., continue with his civil case No. 07 – 525 – JJF, **WITHOUT JURISDICTION** after the fact, I ( Petitioner ) **PAID** and **Appeal** this case to the United States Court of Appeals **03ʳᵈ** Judicial Circuit."

Furthermore, on the **face** of this letter it states:
" Judge Joseph J. Farnan Jr filed his **( D.I. 4 )** Memorandum Order on **September 11, 2007**, which is also dated same. Therefore, base on the CONCLUSION of this " **FINAL ORDER** " and the fact that Judge Farnan Jr clearly stated and I quote, " The Court **does not** have **JURISDICTION** over his **claims**. Notably, Plaintiff's **claimS** are **oneS** where state law, **not federal law**, predominates." " Therefore, on **October 9, 2007**, I **Appealed** this civil case No. 07- 525 – JJF **FROM the** U.S. District Court, **TO the** United States Court of Appeals **03ʳᵈ** Judicial Circuit."

My **Certified receipt No. 7007 0220 0001 0621 8181**, affirms that the United States Court of Appeals received my **April 4, 2008, letter on 4 / 9 / 08** and this Court's agent **Ms. Chiquita Dyer's** letter is dated **May 13, 2008**, approximately one month after my **April 4, 2008** letter, my letter contains the two paragraphs just mentioned above. Therefore, can we **all** truly believe **beyond a reasonable doubt** that Federal agent Ms. Dyer would have written her **May 13, 2008**, letter if this Court did not lose my **April 4, 2008**, letter concerning the " **APPEAL**" issue **?**

**Clearly at this point, this case needs a criminal investigation**, the fact is the deceit and/or mistakes does not stop, **deceit is unconstitutional and I am Pro se**.

I have a Certified Return Receipt **numbered** 7007 0220 0001 0621 8181, of my April 4, 2008 letter, which contains a signed and printed agent's name from the Court of Appeals ( 07 – 3999). Therefore this receipt is proof that I sent the Original and Three copies to the Court of Appeals, but, somehow **all** of these document are affirmed missing by the Court. Can we **all** truly believe **beyond a reasonable doubt** that my April 4, 2008, got lost and not a part of a cover – up to help Judge Farnan Jr, concerning the " **Appeal** " issue ?

This " **lost** " of my April 4, 2008 letter, allowed the Court of Appeals agent **Ms. Chiquita Dyer** to write a letter date **May 13, 2008** attempting to construed my " Notice of Substantive Motion for STAY " as an " APPEAL " this new appeal attempt / civil case number attempt would cover – up **all** of Judge Farnan Jr's deceit starting from my initial a " **APPEAL** " **on October 9, 2007**.

Court of Appeals agent **Ms. Chiquita Dyer** clearly indicates at the bottom of her May 13, 2008 letter that I ( Dennis L. Smith) was sent a copy of this letter, but the fact is, as of this day and/or to date, I never received a copy. Therefore, can we **all** truly believe **beyond a reasonable doubt** that this is **some type of error also** and not a violation of Federalized Code **42 U.S.C.A. § 1981(a)** ? See attached copy of this May 13, 2008 letter -------------------------------- **Exhibit CC**

Continue on page # 3

**Ms. Marcia M. Waldron**
**\*\* Ms. Chiquita Dyer**
June 10, 2008
Page # 3

Court of Appeals agent **Ms. Chiquita Dyer** sent her letter dated **May 13, 2008** to the U.S. District Court, therefore Judge Farnan Jr., stated in his illegal May 14, 2008 ( D. I. 22 ) Ruling and I quote, " The Court has also received notice from the **Third Circuit** ( D. I. 21 ) that the Motion is to be **treated as a Notice of Appeal**, in addition to a request for a stay." Clearly this is what Judge Farnan Jr., was hoping for and need to cover – up my **October 9, 2007 Appeal**, this October 9, 2007 Appeal 07 – 3999, will expose the truth about Judge Farnan Jr's deceit and/or twisting the truth. **This is a shame, I am Pro se**.

**Note:** For **Ms.Patricia A. Meyers**, please give Mr. Steven S. Krebs a copy of this document and/or these documents **if you will**, because Mr. Krebs willfully refuses my documents and it is affirmed on my Certified Return receipt as he written thereon. If, Mr. Krebs is not up to date with civil case No. 07 – 3999 it is between you and him. **I tried my best to keep him informed** and have evidence for proof.

Respectfully Submitted,

Mr. Dennis L. Smith

Cc: See Attached **" Certificate of Service "**

# In And For
# The 03rd Judicial Circuit
# Of
# These United States

| | |
|---|---|
| Mr. Dennis L. Smith Sr. | : |
| | :     C.A. No. 07 - 3999 |
|          Appellant, | : |
| | : |
| | :   **Re; Equal - Right(s);** |
| vs. | :   **In ref: Vindication of civil Right(s)** |
| | :   **Here – under; 42 U.S.C.A § 1988.** |
| | :    This is <u>**not**</u> **a lawsuit**. The sole purpose |
| Ms. Patricia A. Meyers, and her son | :    of this is to simply constitutionally |
| Mr. Mack L. Davis Jr., and all of her | :   **enforce 42 U.S.C.A. § 1981(b). under** |
| sibling(s), | :   **the Law.** |
| Mr. Steven S. Krebs, and his mother | : |
| Ms. Barbara Krebs and any other | : |
| person(s) who Attempt, to "**ILLEGALLY** | : |
| - "**OBSTRUCT - Power of Attorney** | : |
| **Document Book / No. 00776 page;** | : |
| **041 Legal Dated 10-27-03** of the | : |
| Sussex County Delaware Office of the | : |
| {Incumbent} recorder of Deed(s) } | : |
| | : |
|          Appellee(s). | : |

## AFFIDAVIT OF DENNIS L. SMITH

The, preceding - indelible truthful – statement(s) in my **Letter dated June 10, 2008** ,

**Express Mail No. EQ 800925935 US**, are true to the best of my knowledge and belief(s);

of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here- with /

Here – under; **28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.**

_____          _____
Dennis L. Smith                              June 11 2008
                                         Date

## CERTIFICATE OF SERVICE

I hereby certify that the original and three copies my **Letter dated June 10, 2008**, **Express Mail No. EQ 800925935 US**, have been certified mailed or hand delivered on this ___//___ day of June 2008, to the United States Court of Appeals, Thrid Circuit and to Appellee(s) at the following addresses below:

The Third Judicial – Circuit of Federal – Appeal(s)
Ms. Marcia M. Waldron
21400 United States " Court – House"
601 Market Street
Philadelphia, PA 19106 – 1790
**Express Mail No. EQ 800925935 US**


Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Deaware 19801 - 3570
**Certified Mail No. 7007 0220 0001 0621 8679**

Ms. Patricia A. Meyers, and her Son,
Mr. Mack L. Davis Jr., and
all of her sibling(s)
RR 4 Box 103A
Frankford, Delaware 19945
**Certified Mail No. 7007 0220 0001 0621 8686**

Mr. Steven S. Krebs and
his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Delaware 19975
**Certified Mail No. 7007 0220 0001 0621 8693**

For Verification purpose(s) only;
John Brady
Recorder of Deeds
2 The Circle
P. O. Box 827
Georgetown, Delaware 19947
**Certified Mail No. 7007 0220 0001 0621 8709**

All mentioned above, certified mailed or hand-Delivered by Dennis L. Smith.

Dennis L. Smith

Exhibit AA

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*)  Keith Leinberda  B. Date of Delivery 4/9 <br> C. Signature  X  Keith Leulardo  ☐ Agent  ☐ Addressee <br> D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to: <br> The Third Judicial - Circuit of Federal - Appeals MS Marcia M. Waldron 21400 United States "Court House" 601 Market Street Philadelphia, PA 19106 1790 | 3. Service Type <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Copy from service label*) | 7007 0220 0001 0621 8181 |

Form **3811**, July 1999          Domestic Return Receipt          102595-00-M-0952

**Dennis L. Smith**
**P.O. Box 311**
**Selbyville, Delaware 19975**

*Exhibit BB*

April 4, 2008

Office of the Clerk
**Ms. Marcia M. Waldron**
United States Court of Appeals                    Civil case No. **07 - 3999**
for the Third Circuit
21400 United States Court House
601 Market Street
Philadelphia, PA 19106 – 1790
**Certified -7007 0220 0001 0621 8181**

    Re:  Mr. Dennis L. Smith vs. Ms. Patricia A. Meyers **Civil Case** No.: 07 – 3999.
    This letter is concerning Mr. **Smith's " Notice of Substantive Motion for Stay "**
    **COPIES ENCLOSED as EVIDENCE** , because the U.S. District Court's Judge
    Joseph J. Farnan Jr., continue with his civil case No. 07 – 525 – JJF, **WITHOUT**
    **JURISDICTION** after fact, I ( Petitioner ) **PAID** and **Appeal** this case to the
    United States Court of Appeals **03rd** Judicial Circuit. ( We **must** not forget
    **42 U.S.C.A § 1981(a)**. )

Dear Clerk Ms. Waldron.:

This **" Notice of Substantive Motion for Stay "** was filed with the U.S. District Court on April
3, 2008, to stop Judge Joseph J. Farnan Jr's **illegal Ruling**, which is **before April 1, 2008**.

**Therefore, I am sending three (3) enclosed copies of this same " Notice of Substantive**
**Motion for Stay " as EVIDENCE and for the record.** ( Copies to the U.S. District
Court will be **STAMPED** copy, for their record. )

**{1}.** First of all, concerning civil case No. 07- 525 – JJF; Judge Joseph J. Farnan Jr filed his
**( D.I. 4 )** Memorandum Order on **September 11, 2007**, which is also dated same. Therefore,
base on the CONCLUSION of this **" FINAL ORDER "** and the fact that Judge Farnan Jr clearly
stated and I quote, **" The Court does not have JURISDICTION** over his **claims**. Notably,
Plaintiff's **claimS** are **oneS** where state law, **not federal law**, predominates." See this Order's
page **No. 6**, attached as ------------------------------------------------------------------------------ **Exhibit A**

Therefore, on October 9, 2007, I **Appealed** this civil case No. 07- 525 – JJF **FROM the** U.S.
District Court, **TO the** United States Court of Appeals **03rd** Judicial Circuit. This Court gave me
a civil case No. 07 – 3999.  This Court's last response to date, is concerning their letter dated
**December 20, 2007**, which also, stated and I quote, **" Upon further review**, it appears that it
would not be appropriate to submit this **appeal** to the Court for possible jurisdictional dismissal
**as you were originally advised** by our letter of **October 18, 2007. Rather,** it appears that your
**appeal** may be appropriate for possible **summary action".** Also, this same December 20, 2007,
letter stated and I quote, " Issuance of the **briefing schedule** will be **stayed pending action by**

Continue on page 2

Clerk  Ms. Waldron
April 4, 2008
Page # 2

**the Court**. All parties are hereby advised that this letter does not represent a finding of appellate jurisdiction in this case.  As in all cases, the panel of this Court which reviews the case on its merits will make  a  **final determination of appellate jurisdiction."** This December 20, 2007 letter is attached as ----------------------------------------------------- **Exhibit B**

**{2}.**    On January 11, 2008, my dated January 10, 2008 **" Interlocutory Appeal Status (VIA) 28 U.S.C.A  §  2106 EMERGENCY Motion  of  Modify "** was filed on record, with this Court of Appeals **03rd** Judicial Circuit.

On **March 31, 2008**, **by docket No.  07 – 3999** and on or about **April 1, 2008**, by  the **Legal – Division,** it was affirmed that this Court of Appeals  **03rd Judicial Circuit** have **NOT** Ruled on the **JURISDICTION** issue as mentioned above concerning their letter dated December 20, 2007, **and** have **NOT** Ruled on my **" Interlocutory Appeal Status (VIA) 28 U.S.C.A  §  2106 EMERGENCY  Motion  of  Modify "**, which is also as mentioned above.

Therefore, only the United States Court of Appeals **03rd** Judicial Circuit has **JURISDICTION** concerning my civil case No. 07 – 3999  **UNTIL** this Court **"**…make  a  **final determination of appellate jurisdiction"** but, **has not** as of **April 1, 2008**.

**{3}.**    Furthermore, the United States Court of Appeals **03rd Judicial Circuit**, on  01 / 11 / 2008 **FILED** my  " Interlocutory Appeal Status ( VIA)  28 U.S.C.A §  2106 EMERGENCY Motion to Modify " which enclosed my **Certificate of Service** dated  1 / 10 / 08.  This Court's docket clearly indicates the same and I quote, **" … Certificate of Service dated 1 / 10 / 08."** This **Certificate of Service** affirms that this  Motion was **addressed to:**  and I quote, " I hereby **certify** that the **ORIGINAL** and  **THREE** copies of  my  **Interlocutory Appeal** Status (VIA) **28 U.S.C.A §  2106** EMERGENCY **Motion  to Modify** dated January 10, 2008 have been certified mailed or hand delivered on this 10  day of  January 2008, **to the United States Court of Appeals**,… ."  Other addresses on this  **Certificate** as indicated, is **only** for **COURTESY COPIES / NOTICE** issues, and the **U.S. District Court** was **also ONE**.

The **United States District Court's** letter dated **January 11, 2008**, also affirms that **JURISDICTION**  belongs to  United States Court of Appeals and I quote, **"** Enclosed please find a copy of **Appellant's** " Interlocutory Appeal Status (VIA) 28 U.S.C.A  sec 2106 Emergency Motion to Modify " which was **erroneously** filed with the District Court on January 11, 2008.**"** For the record, this  " Interlocutory Appeal " was filed as indicated in the paragraph just mentioned above, which **proves the TRUTH**.  This January 11, 2008 letter  is attached as ------------------------------------------------------------------------------------- **Exhibit C**

My  **Certified RETURN receipt No. 7099 3400 0006 3815 8845** and dated **January 11, 2008**, is proof concerning the date that the U.S. District Court also receive my **" Interlocutory Appeal "** **( D.I. 12 )**. **Certified RETURN receipt** , attached as --------------------------------------**Exhibit D**

Continue on page 3

Clerk Ms. Waldron
April 4, 2008
Page # 3

See, the **United States District Court's** docket 07 – 525 - JJF and its ( **D.I. 12** ), filed on
**January 11, 2008** concerning my " Interlocutory Appeal Status (VIA) 28 U.S.C.A sec 2106
Emergency Motion to Modify ", which is attached as ------------------------------------ **Exhibit E**

## --- SUMMARY - CONCLUSION ---

" **UPON FURTHER REVIEW** " and **RESEARCH** therefore, I now understand the **TRUTH**
as follows: **The United States Court of Appeals** 03rd Judicial Circuit's letter dated **December
20, 2007,** clearly states and I **again** quote,**" Upon further review,** it appears that it would not be
appropriate to submit this appeal to the Court for possible jurisdictional dismissal **as you were
originally** advised by our letter of October 18, 2007. **Rather,** it appears that your appeal may
be appropriate for **POSSIBLE summary action."** Also, my " Interlocutory Appeal Status (
VIA) **28 U.S.C.A § 2106** EMERGENCY Motion to Modify " **REQUEST,** which was filed on
1 / 11 / 2008, **BOTH** of these issues are still **PENDING.**

Therefore, civil case No. 07 – 525 is part of my Interlocutory Appeal **REQUEST**
under the **JURISDICTION** of this Court of Appeals' civil case No. 07 – 3999,
**BECAUSE** this Court of Appeals **have not** made "… a **FINAL** determination of
appellate **JURISDICTION** and/or **RULING** as of **April 1, 2008,** which is
affirmed.

### VS.

### WITHOUT JURISDICTION " **DETERMINATED** " and/or **RULING** from the
United States Court of Appeals

Judge Joseph J. Farnan Jr continued without **Jurisdiction** and violated Federalized **Code
28 U.S.C.A. § 144.**, in which – which is **clearly United States Law(s).**

Judge Joseph J. Farnan Jr's illegal Memorandum Order is in violation of Federalized **Code
28 U.S.C.A. § 144.**, this same Order is **deceitful** therein and **backdated** to indicate a false date
of **March 5, 2007**, which will appear on Court record, as if Judge Farnan Jr. did not violate
Federalized **Code 28 U.S.C.A. § 144**. In the **footnotes of this illegal Order** Judge Farnan
Jr's states and I quote, **"** Plaintiff contends that both of his filings **( D.I. 15,
16 )** are meant to be part of his Interlocutory Appeal, USCA 07 – 3999,
even though they were filed in this Court. Plaintiff, of course, retains
the option of filing his papers with the Court of Appeals for the Third
Circuit if he wishes to present them in the forum.**"** ( **Keep in mind**, this
Interlocutory Appeal **REQUEST have NOT** been **GRANTED** as of **April 1, 2008**. )

Continue on page 4 of 2

Clerk Ms. Waldron
April 4, 2008
Page # 4 *P.L*

**NOTE: Again,** my Interlocutory Appeal **REQUEST** under the **JURISDICTION** of this Court of Appeals' civil case No. 07 – 3999 is **still PENDING as of April 1, 2008**.

Judge Joseph J. Farnan Jr **illegally** and **deceitfully** claimed **JURISDICTION** to illegally keep civil case **No 07 – 525 – JJF OPEN** which **illegally** helped Respondent(s). Also Judge Farnan Jr violated Federalized Code(s) as indicated below and **--- THIS IS THE POINT, WHICH I WAS INITIALY DECEIVED, BELOW:**

1.    Without Jurisdiction – **JJF**, Ordered me to answer his " Show Cause Order " dated **January 22, 2008** concerning Rule " 4(m)", and gave me a deadline to answer by **February 15, 2008**. { Based on this deceitful bold act, therefore, I believed this **DESIGNED FALSE DELUSION**, that my Interlocutory Appeal was **GRANTED**, which I later found **NOT TRUE**.}

> " **Upon further Review** ", of U.S. District Court's docket 07 – 525 –JJF **(D.I.12)** , I founded that I needed to **CORRECT** page four (4) of my " **Notice of Substantive Motion for Stay.** " Also, if any other pages were founded with same **ERRORS**, therefore please understand them to be corrected in accordance with this corrected page four (4). This corrected page four (4), attached as --------- **Exhibit F**

2.    On **February 15, 2008**, I responded to this " Show Cause Order " **as** pointed out, in my **Sufficient Affidavit (D.I. 15 )** and its Clarification **( D.I. 16 )**, but first of all, in these documents, I pointed out Federalized Code **28 U.S.C.A § 144**. and I quote, " Requesting that Judge Joseph J. Farnan Jr to **Proceed No Further / 28 U.S.C.A § 144., in this** case… **," of which** clearly **MANIFESTED WORDING**, which **he twisted and violated**.

3.    Without Jurisdiction – **JJF**, made an illegal **RULING** in his illegal Memorandum Order **( D.I. 17 )** which is backdated to falsely indicate March 5, 200**7** , for public record. This illegal Ruling was truly done on March 5, 200**8**, without **JURISDICTION " DETERMINATED "** and/or **RULING** from the United States Court of Appeals as just mentioned above under this quote, " **WITHOUT JURISDICTION DETERMINATED "** and/or **RULING** from the United States Court of Appeals." --- ( **Again, Keep in mind**, this Interlocutory Appeal **REQUEST have NOT been GRANTED** as of **April 1, 2008**. )

Continue on page 5 *wk*

. .    . .

Clerk  Ms. Waldron
April 4, 2008
Page # 5  of

## Summary -Conclusion

I only want Federalized Code **42  U.S.C.A  §  1981(b).**, Federally enforced concerning
unrealistic malfeasance – like, act(s); of Ms. Patricia A. Meyers and my mutual  July 12, 2006
agreement which contain in writing our mutual October 27, 2003 agreed  Power of Attorney  to
complete  my  AGREED Obligations  under the Law as Federalized Code **42  U.S.C.A  §
1981(a).**, also allows Equal Justice regardless of  **Race / Color.**

Also, please see;  my  **" Substantive Motion  for  STAY "** in which legally demonstrate(s) the
intentional ungodliness  of  Ms. Patricia A. Meyers' unlawful  fictitious absurd, superficial
**PURPORTED** , **SALE** of the **" 2.5 – / +  acres parcel B "**; that I have still legal – still
continuing, lawful viable mutually – mandated  OBLIGATION(S) to fulfill as legally written,
see;  Ms. Patricia A. Meyers and my July 12, 2006 mutual agreement, which contains in writing
our mutual agreed Power of Attorney. This July 12, 2006 mutual agreement must be enforce
under Federalized Code **42  U.S.C.A  §  1981(b).**, to complete my OBLIGATION(S) the same as
Federalized Code **42  U.S.C.A  §  1981(a).**, also allows, as a matter of  Law.

**BASED, " Upon further review " <u>from</u> the United States Court of Appeals 03rd Judicial
Circuit** , concerning  civil case No. **07 – 3999**, therefore, in this Court's **December 20, 2007**
letter it was made  very clear that,  my ( Appellant's ) "… Appeal may be appropriate for
possible **SUMMARY  ACTION.**" This fact, also **AFFIRMED**  on  **April 1, 2008.**

Respectfully Submitted,

*Dennis L. Smith*

Mr. Dennis L. Smith

Cc: See Attached  **" Certificate of  Service "**

# In And For
# The 03rd Judicial Circuit
# Of
# These United States

Mr. Dennis L. Smith Sr.                    :
                                           :     C.A. No. 07 - 3999
              Appellant,                   :
                                           :
                                           :  **Re; Equal - Right(s);**
       vs.                                 :  **In ref: Vindication of civil Right(s)**
                                           :  **Here – under; 42 U.S.C.A § 1988.**
                                           :  This is **not a lawsuit**. The sole purpose
Ms. Patricia A. Meyers, and her son        :  of this is to simply constitutionally
Mr. Mack L. Davis Jr., and all of her      :  **enforce 42 U.S.C.A. § 1981(b). under**
sibling(s),                                :  **the Law**.
Mr. Steven S. Krebs, and his mother        :
Ms. Barbara Krebs and any other            :
person(s) who Attempt, to "**ILLEGALLY**   :
**- "OBSTRUCT - Power of Attorney**        :
**Document Book / No. 00776 page;**        :
**041 Legal Dated 10-27-03** of the        :
Sussex County Delaware Office of the       :
{Incumbent} recorder of Deed(s) }          :
                                           :
              Appellee(s).                 :

## AFFIDAVIT OF DENNIS L. SMITH

The, preceding - indelible truthful – statement(s) in my **Letter dated April 4, 2008** ,

**Certified -7007 0220 0001 0621 8181**, are true to the best of my knowledge and belief(s);

of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here- with /

**Here – under; 28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.**

_Dennis L. Smith_                          _April 8, 2008_
Dennis L. Smith                            Date

## CERTIFICATE OF SERVICE

I hereby certify that the original and three copies my **Letter dated April 4, 2008** , **Certified -7007 0220 0001 0621 8181**, have been certified mailed or hand delivered on this _____ day of April 2008, to the United States Court of Appeals, Thrid Circuit and to Appellee(s) at the following addresses below:

The Third Judicial – Circuit of Federal – Appeal(s)
Ms. Marcia M. Waldron
21400 United States " Court – House"
601 Market Street
Philadelphia, PA  19106 – 1790
**Certified Mail No. 7007 0220 0001 0621 8181**

Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Deaware 19801 - 3570
**Certified Mail No. 7007 0220 0001 0621 8273**

Ms. Patricia A. Meyers, and her Son,
Mr. Mack L. Davis Jr., and
all of her sibling(s)
RR 4 Box 103A
Frankford, Delaware 19945
**Certified Mail No. 7007 0220 0001 0621 8266**

Mr. Steven S. Krebs and
his Mother Ms. Barbara Krebs
P.O. Box 796
Selbyville, Delaware 19975
**Certified Mail No. 7007 0220 0001 0621 8259**

For Verification purpose(s) only;
John Brady
Recorder of Deeds
2   The Circle
P. O. Box 827
Georgetown, Delaware 19947
**Certified Mail No. 7007 0220 0001 0621 8198**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

Dennis L. Smith

*Exhibit A*

IV.  **Discussion**

The Court has reviewed the exhibits Plaintif

his Motion.  After reviewing the same and carefully reviewing his

Motion, it is clear that Plaintiff's real issues concern real

property to which he believes he is entitled, and P. Meyers's

decision to revoke the Power Of Attorney she gave to Plaintiff.

The Court does not have jurisdiction over his claims.  Notably,

Plaintiff's claims are ones where state law, not federal law,

predominates.  Hence, the matters should be decided by the State

Court.  Moreover, Plaintiff makes vague allegations of, and seeks

to prevent, the following: slander, defamation, false outbursts,

false statements, issuance of outrageous and absurd documents by

P. Meyers, false arrests, the sale or lease of the property at

issue, S. Krebs from speaking to Plaintiff, and hateful acts,

conspiracy or frame-up by S. Krebs and Defendant Barbara Krebs.

Again, most of the foregoing concern State law issues and are

better decided by the State Court.

In a failing attempt to state a claim under § 1981,

Plaintiff makes a passing reference to race discrimination by

referring to himself as a black man who helped a white female win

a court case.  Nothing indicates, however, that there was an

intent to discriminate against Plaintiff on the basis of his

race.  Plaintiff also refers to the § 1985 conspiracy statute,

but other than seeking to restrain Defendants from conspiring

-6-

OFFICE OF THE CLERK - LEGAL DIVISION
*UNITED STATES COURT OF APPEALS*

*Exhibit B*

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

MARCIA M. WALDRON

CLERK

December 20, 2007

Telephone
(215-597-2378)

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE  19975

Re:   **Smith v. Meyers**
C.A. No. 07-3999
(D. Del. Civ. No. 07-cv-00525)

Dear Mr. Smith:

Upon further review, it appears that it would not be appropriate to submit this appeal to the Court for possible jurisdictional dismissal as you were originally advised by our letter of October 18, 2007. Rather, it appears that your appeal may be appropriate for possible summary action. Chapter 10.6 provides that the Court sua sponte (by its own action) may take summary action on an appeal if it appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Specifically, the Court may affirm, reverse, vacate, modify, or remand the judgment or order appealed.

The parties may submit written argument in support of or in opposition to such action. Any response must be received in the Clerk's Office within twenty-one (21) days from the date of this letter. Please submit to the Clerk an original and three (3) copies of any response, and a certificate of service indicating that all parties have been served with a copy of the response. All parties will be advised of any Order(s) issued in this matter.

Issuance of the briefing schedule will be stayed pending action by the Court. All parties are hereby advised that this letter does not represent a finding of appellate jurisdiction in this case. As in all cases, the panel of this Court which reviews the case on its merits will make a final determination of appellate jurisdiction.

Very truly yours,

*/s/ Laura L. Greene*
LAURA L. GREENE
Staff Attorney

(Continued)

*Exhibit C*

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 11, 2008

Clerk, U.S. Court of Appeals
Room 21400 U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106

Re:    *Delaware* Case No. CA 07-525 JJF
        USCA No.: 07-3999
        <u>Smith v. Meyers, et al</u>

Dear Clerk:

Enclosed please find a copy of Appellant's <u>"Interlocutory Appeal Status (VIA) 28 U.S.C.A. sec. 2106 Emergency Motion to Modify"</u> which was erroneously filed with the District Court on January 11, 2008.

Sincerely,

Peter T. Dalleo, Clerk

By: __ /s _____

Bob Cruikshank
Deputy Clerk

PTD:rc
encl.

cc:    The Honorable Joesph J. Farnan, Jr.
        Dennis L. Smith

Exhibit D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Mr. Peter T. Dalleo
Office of the Clerk
United State District Court
844 N. King Street, lockbox 18
Wilmington, Del. 19801-3570

2. Article Number (Copy from service label)
7099 3400 0006 3815 8845

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                            □ Agent
                             □ Addressee

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:          □ No

3. Service Type
☑ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

*Exhibit E*

| 08/30/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exer (els) (Entered: 08/30/2007) |
| 08/30/2007 | | No Summons Issued (els) (Entered: 08/30/2007) |
| 09/05/2007 | | Case assigned to Judge Joseph J. Farnan, Jr. Please inclu the Judge (JJF) after the case number on all documents fi___ __.. (Entered: 09/05/2007) |
| 09/11/2007 | 4 | MEMORANDUM ORDER DENYING D.I. 2 MOTION for Temporary Restraining Order (See Order for Details). Signed by Judge Joseph J. Farnan, Jr. on 9/11/2007. (lec) (Entered: 09/12/2007) |
| 10/09/2007 | 5 | NOTICE OF APPEAL of 4 Memorandum Order. Appeal filed by Dennis Lee Smith. Filing fee $ 455. Fee Paid. Receipt No.: 149129. TPO issued. (rwc) (Entered: 10/10/2007) |
| 10/09/2007 | 6 | MOTION to Stay - filed by Dennis Lee Smith. (rwc) Additional attachment(s) added on 10/11/2007 (rwc, ). (Entered: 10/10/2007) |
| 10/11/2007 | 7 | MULTI MEDIA DOCUMENT filed by Dennis Lee Smith in the form of a audiocassette. Filing related to 6 MOTION to Stay. (Media on file in Clerk's Office). (rwc) (Entered: 10/11/2007) |
| 10/16/2007 | 8 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 5 Notice of Appeal filed by Dennis Lee Smith. USCA Case Number 07-3999. USCA Case Manager: Tonya Wyche (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (tw, ) (Entered: 10/16/2007) |
| 10/16/2007 | 9 | AMENDMENT/CORRECTION to DOCUMENT - filed by Dennis Lee Smith. (Correction to Page 2 and Page 10 re: 6 MOTION to Stay ). (rwc) (Entered: 10/17/2007) |
| 11/06/2007 | 10 | Letter to Clerk, USCA 3rd Circuit from Dennis L. Smith dated 11/2/07 in further support of appeal - re 5 Notice of Appeal. (rwc) (Entered: 11/06/2007) |
| 11/06/2007 | 11 | SECOND AMENDMENT/CORRECTION to DOCUMENT - filed by Dennis Lee Smith. (Correction to Page 2) re: Motion 6 to Stay (Entered: 11/07/2007) |
| 01/11/2008 | 12 | Letter to Clerk, USCA 3rd Circuit from Deputy Clerk, dated 1/11/08 regarding forwarding of Dennis Smith's "Interlocutory Appeal Status (VIA) 28 U.S.C.A. sec. 2106 Emergency Motion to Modify" to USCA. (rwc) (Entered: 01/11/2008) |
| 01/14/2008 | 13 | Letter to Clerk, USCA 3rd Circuit, from Dennis L. Smith dated 1/10/08 regarding Emergency Motion to Change Appeal. (rwc) (Entered: 01/15/2008) |
| 01/22/2008 | 14 | ORDER TO SHOW CAUSE why this case should not be dismissed for failure to serve process. Show Cause Response due by 2/15/2008. Signed by Judge Joseph J. Farnan, Jr. on 1/22/08. (dab) (Entered: 01/22/2008) |

*Exhibit F*

On March 5, 2008, concerning civil case No. **07 – 525 – JJF** docket, which confirms, that this civil case is **DISMISSED** and " **CASE CLOSED** " also, which was **only** after Judge Farnan Jr **first** have done the following, TRICK / DECEIT to me, as follows below. See this docket, attached as ----------------------------------------------------------------------- **Exhibit D**

#### ---- CORRECTED SECTION BELOW ----

Therefore, based on Judge Joseph J. Farnan Jr's " **Show Cause Order** " ( **D.I. 14** ) dated

**January 22, 2008**, I believed that my " **Interlocutory Appeal** " was GRANTED, giving Judge

Farnan Jr. **JURISDICTION** by the Court of Appeals **03rd Judicial Circuit**, so that Judge

Farnan Jr. may Order me to answer his Show Cause Order. **Based** on this belief, **therefore I**

**answered this Show Cause Order as** pointed out below in this Motion, **BUT** later I found

that I was **tricked / deceived**, because Judge Joseph J. Farnan Jr **did not** have

**JURISDICTION** for his **ILLEGAL / UNFAIR** " Show Cause Order " on January 22, 2008,

and also Judge Joseph J. Farnan Jr **did not** have **JURISDICTION** for his illegal and backdated

Memorandum Order, which is **falsely** dated March 5, 2007.

See U.S. District Court's docket, attached as ----------------------------------------------- **Exhibit E**

Also, see U.S. District Court JJF's illegal " Show Cause Order " ---------------------- **Exhibit F**

Furthermore, concerning the trick / deceit of Judge Farnan Jr. wrongfully applying **RULE**

**4(m)** to my, **and** only **to my initial AFFIDAVIT / Motion dated August 30, 2007, which**

**also lead to my responses**, **including** my response to Judge Farnan Jr's **Show**

**Cause Order** as just mentioned. **Therefore**, **Please Take Notice, of my**

**RESPONSES in the following Statement of Facts # 1, # 2 and # 3 listed**

**below:**

### STATEMENT OF FACTS - # 1

4

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

May 13, 2008

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

*Exhibit CC*

Re: Smith v. Meyers
D. Del. No. 07-cv-00525

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice, entitled "Notice of Substantive Motion for Stay", to be treated as a notice of appeal. As it appears that the document demonstrates Mr. Smith's intention to challenge the final Order of the District Court entered on March 5, 2008, in addition to being treated as a stay motion in the District Court, the document will also be treated as a notice of appeal. See Rule 3.4, Third Circuit Local Appellate Rules. **The notice should be docketed as of April 3, 2008.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Chiquita Dyer
Legal Assistant

Enclosure
cc: Dennis L. Smith (w/out enclosure)





U.S. POSTAGE
$7.26

First Class Mail

7007 0220 0001 0621 3679

CERTIFIED MAIL

RETURN RECEIPT
REQUESTED

Leonard Sales
P.O. Box 3
Smyrna, Delaware

Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RETURN RECEIPT
REQUESTED